EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Enmiendas a los Artículos XIV y XV del Reglamento de la Junta de Personal de la Rama Judicial | 2022 TSPR 125<br><br>210 DPR \_\_\_ |
|---|---|

Número del Caso:  ER-2022-02

Fecha:  19 de octubre de 2022

Materia:  Enmiendas a los Artículos XIV y XV del Reglamento de la Junta de Personal de la Rama Judicial.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

*In re*:

Enmiendas a los Artículos XIV y       ER-2022-02
XV del Reglamento de la Junta
de Personal de la Rama Judicial

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de octubre de 2022.

En virtud de lo dispuesto en *Ley de Personal para la Rama Judicial*, Ley Núm. 64 de 31 de mayo de 1973, *según enmendada*, 4 LPRA § 521 *et seq.*, que faculta a este Tribunal a adoptar reglas para regir la administración del personal del Poder Judicial, se resuelve enmendar los Artículos XIV y XV del *Reglamento de la Junta de Personal de la Rama Judicial*, 4A LPRA Ap. XIV, para atemperar dicha reglamentación al esquema de revisión judicial aplicable y autorizar la notificación de las resoluciones u órdenes emitidas por la Junta de Personal por medios ágiles consistentes con los cambios tecnológicos, según se dispone a continuación:

**Artículo XIV - Resoluciones**

(a)   …
(b)   …
(c)   ~~Las resoluciones serán finales excepto en los casos de destitución, en los cuales cualquiera de las partes podrá recurrir ante el Tribunal Superior, Sala de San Juan, dentro del término de diez (10) días de haberse notificado la resolución~~.
*La parte adversamente afectada por una orden o resolución de la Junta podrá presentar,*

*dentro del término jurisdiccional de quince (15) días desde la fecha de la notificación de la orden o resolución, una moción de reconsideración de la orden o resolución.*

   *(d) La parte adversamente afectada por una orden o resolución de la Junta podrá presentar una petición de certiorari ante el Tribunal de Apelaciones, dentro del término jurisdiccional de treinta (30) días contados a partir de la fecha de la notificación de la orden o resolución de la Junta. Cuando se presente una moción de reconsideración oportuna ante la Junta, el término para presentar la petición de certiorari ante el Tribunal de Apelaciones comenzará a contar desde la notificación de la orden o resolución de la Junta que resolvió la moción de reconsideración.*

   *(e) La orden o resolución de la Junta advertirá el derecho de solicitar reconsideración y de recurrir al Tribunal de Apelaciones, y se incluirá la fecha en que ha sido notificada, así como las partes que han sido notificadas con copia de la misma, con expresión de los términos correspondientes.*

**Artículo XV – Notificación de las resoluciones**

Las resoluciones u órdenes emitidas por la Junta serán notificadas a las partes correspondientes. Dicha notificación se hará por correo ~~certificado con acuse de recibo~~, *fax, medio electrónico* o mediante entrega personal a los abogados de las partes. Si el apelante o querellante hubiere comparecido por derecho propio, la notificación se hará en igual forma al apelante o querellante~~.~~, *por cualquiera de los medios antes dispuestos*.

Las enmiendas aquí aprobadas entrarán en vigor inmediatamente.

Notifíquese por correo electrónico al Director Administrativo de los Tribunales, a la Directora del Secretariado de la Conferencia Judicial y Notarial, y a la Presidenta de la Junta de Personal de la Rama Judicial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo